OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed.
 

 We affirm for the reasons stated by Presiding Justice Mangano at the Appellate Division (213 AD2d 73). We add that our decision in
 
 People v Smith
 
 (87 NY2d 715) is not to the contrary.
 
 Smith
 
 stands for a different and more limited proposition involving waiver of inquiry with respect to pending criminal charges on an unrelated matter.
 

 
 *824
 
 Chief Judge Kaye and Judges Simons, Titone, Bellacosa, Smith, Levine and Ciparick concur.
 

 Order affirmed in a memorandum.